## Washnock *v.* Washnock, Appellant.

opinion by SCULCO, J. Argued April 17, 1975. *Joseph M. Loughran*, with him *Loughran, Loughran & Mlakar*, for appellant; *Ned J. Nakles*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.

SPAETH, J., absent.